**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
_____ **DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 0 2 2026

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

Britney Kendrick

(Print your full name)

Plaintiff *pro se,*

v.

C & C Market Research

_____

_____

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:26-CV-0008**

_____

(to be assigned by Clerk)

## _PRO SE_ EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those that apply):

    ✓ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et
    seq., for employment discrimination on the basis of race, color,
    religion, sex, or national origin, or retaliation for exercising rights
    under this statute.

    **NOTE:** To sue under Title VII, you generally must have
    received a notice of right-to-sue letter from the Equal
    Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____    Other (describe) _____

_____

_____

_____

_____

2.    This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.    Plaintiff.    Print your full name and mailing address below:

Name    *Britney Kendrick*

Address    *70 Perimeter CTR E*

4.    Defendant(s).    Print below the name and address of each defendant listed on page 1 of this form:

Name    _____

Address    _____

_____

Name    _____

Address    _____

_____

Name    _____

Address    _____

_____

## Location and Time

5.    If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

_____

_____

6. When did the alleged discrimination occur? (State date or time period)

_Between August 2023 - February 2025_

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    _✓_ Yes    _____ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   _✓_ Yes    _____ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____

9. If you are suing for **age discrimination**, check one of the following:

   _____    60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   _____    Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10.  If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes          _____ No          __✓__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11.  If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes          _____ No          __✓__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

_____ failure to hire me
_____ failure to promote me
_____ demotion
_____ reduction in my wages
_____ working under terms and conditions of employment that differed from similarly situated employees
✓ harassment
✓ retaliation
_____ termination of my employment
_____ failure to accommodate my disability
_____ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

✓ my race or color, which is _African American_
_____ my religion, which is _____
_____ my sex (gender), which is _____ male _____ female
_____ my national origin, which is _____
_____ my age (my date of birth is _____)
_____ my disability or perceived disability, which is:

_____

_____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

_____ other (please specify) _____

_____

Page 6 of 9

14.  Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

1. Defendant's office Manager, Sheree, Assistant Manager, Tomika, and "Floor Supervisor", Debra, all participated in repeated making racially discriminatory, hostile, and demeaning comments towards me and other women of color

2. Sheree treated white ~~madeeeee~~ employees more favorable and respectful and gave them greater access to information, training, and oppertunities

3. Defendant's office manager allowed me to be physically assalted while on duty. Sheree (office manager) blamed me, bringing up the reason for the attack because of my race, and failed to make a report to HR.

4. The work environment was intimidating, offensive, and unsafe. ~~forcing me to resign~~

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

15. Plaintiff _____ still works for defendant(s)
    __✓__ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? _____ Yes _____ No

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial? _____ Yes _____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

_____ Defendant(s) be directed to _____

__✓__ _____
Money damages (list amounts) _Sum determined at trial_

__✓__ Costs and fees involved in litigating this case

__✓__ Such other relief as my be appropriate

Page 8 of 9

## <u>PLEASE READ BEFORE SIGNING THIS COMPLAINT</u>

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this ___2___ day of ___January___, 20 __26__

_Britney Kendrick_
(Signature of plaintiff *pro se*)

_Britney Kendrick_
(Printed name of plaintiff *pro se*)

_70 Perimeter CTR E,_
(street address)

_Atlanta, Ga, 30346_
(City, State, and zip code)

_bk30313 @ yahoo. com_
(email address)

_770-946-6403_
(telephone number)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION


BRITNEY KENDRICK,

Plaintiff, v. C AND C MARKET RESEARCH, INC.,

Defendant.


Civil Action No. _____


**COMPLAINT AND JURY DEMAND**

Plaintiff Britney Kendrick files this Complaint against Defendant C and C Market Research, Inc. and states as follows:


## I. PARTIES

1. Plaintiff Britney Kendrick is a resident of the State of Georgia.

2. Defendant C and C Market Research, Inc. is a corporation headquartered in Arkansas and conducts business in the State of Georgia. Defendant employed Plaintiff at its Georgia facility and may be served through its registered agent.


## II. JURISDICTION AND VENUE

3. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. section 2000e et seq.

4. This Court has jurisdiction under 28 U.S.C. section 1331.

5. Venue is proper in this District because the events giving rise to these claims occurred in this District and Defendant conducts business here.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission alleging race discrimination and hostile work environment.

7. On or about [DATE], the EEOC issued Plaintiff a Notice of Right to Sue. This action is filed within ninety days of receipt of that notice.

## IV. FACTUAL ALLEGATIONS

**Employment and Supervision**

8. Plaintiff began employment with Defendant in or about August 2023 as an interviewer.

9. Plaintiff was supervised by Sheree, the office manager. Sheree had authority to direct Plaintiff's work, control scheduling, issue discipline, influence pay and advancement, and act as the primary on site management representative.

10. At all relevant times, Sheree was Plaintiff's supervisor and an agent of Defendant.

**Racially Hostile Conduct**

11. Throughout Plaintiff's employment, Sheree repeatedly made racially discriminatory, hostile, and demeaning comments toward Plaintiff.

12. Sheree treated white employees more favorably than Plaintiff, including more respectful treatment and greater access to information and opportunities.

13. Sheree failed to inform Plaintiff that she was eligible for raises and concealed information regarding compensation opportunities that were made available to others.

14. This conduct occurred repeatedly over an extended period and created a hostile and abusive working environment based on race.

**Lack of Training and Inaccessible Reporting**

15. Defendant did not provide Plaintiff with an employee handbook.

16. Plaintiff was not trained on how to report discrimination, harassment, or safety concerns.

17. Defendant relied primarily on a centralized Human Resources email system for reporting workplace issues, but that email address was not provided to Plaintiff during onboarding or training.

18. Plaintiff had to obtain HR contact information independently rather than being given clear reporting instructions by Defendant.

19. No supervisor or manager explained the reporting process to Plaintiff, nor were employees trained on anti discrimination policies or complaint procedures.

20. As a result, Defendant did not maintain a reporting system that was reasonably accessible or effectively communicated to employees.

**Physical Assault and Failure to Protect**

21. While performing her job duties, Plaintiff was physically assaulted by a respondent.

22. Plaintiff reported the incident to her supervisor, Sheree.

23. Sheree failed to escalate the incident, failed to take corrective action, and blamed Plaintiff by stating that Plaintiff had provoked the respondent.

24. Defendant did not investigate the incident or take steps to ensure Plaintiff's safety.

**Harm to Plaintiff**

25. Defendant's conduct caused Plaintiff significant emotional distress, humiliation, anxiety, and fear.

26. Plaintiff's work environment became intimidating, offensive, and unsafe.

27. Plaintiff's employment ended in or about February 2025.

**V. CLAIMS FOR RELIEF**

**\*\*COUNT I**

Race Discrimination

Title VII**

28. Plaintiff incorporates the preceding paragraphs.

29. Defendant discriminated against Plaintiff on the basis of race by subjecting her to unequal treatment, denying compensation opportunities, and tolerating racially hostile conduct by a supervisor.

30. Plaintiff suffered damages as a result.

**COUNT II**

Hostile Work Environment

Title VII**

31. Plaintiff incorporates the preceding paragraphs.

32. The discriminatory conduct was severe and pervasive and altered the terms and conditions of Plaintiff's employment.

33. Defendant failed to exercise reasonable care to prevent and correct harassment.

**COUNT III**

Negligent Supervision and Retention

Georgia Law**

34. Defendant knew or should have known of Sheree's discriminatory conduct and failed to supervise or correct it.

35. Defendant's negligence caused Plaintiff harm.

**COUNT IV**

Negligent Failure to Provide a Safe Workplace

Georgia Law**

36. Defendant owed Plaintiff a duty to provide a safe workplace.

37. Defendant breached that duty by failing to respond appropriately to the assault and by blaming Plaintiff rather than protecting her.

## VI. PRAYER FOR RELIEF

Plaintiff requests:

a. Compensatory damages

b. Punitive damages under Title VII

c. Damages under Georgia law

d. Costs of this action

e. Any further relief the Court deems just

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Britney Kendrick

Pro Se Plaintiff

[Address]

[City, State, ZIP]

[Phone]

## NOTICE TO
## *PRO SE* PLAINTIFFS
attaching form Complaint

(revised 2/20/2013)



Representing yourself in Court–called appearing *pro se*–is difficult for persons without legal training. Before doing so, you should consider finding an attorney to take your case. The following referral services may help you find a lawyer:

1.   Atlanta Bar Association (404) 521-0777
     (serving Fulton, Cobb, DeKalb, Douglas, Rockdale, Paulding, Henry, Gwinnett, Clayton, Cherokee, Fayette, and Forsyth Counties)

2.   Cobb County Lawyer Referral Service (770) 424-2947
     (serving Cobb, Douglas, Bartow, Cherokee, and Paulding Counties)

3.   DeKalb Bar Association Lawyer Referral Service (404) 373-2580
     (serving DeKalb, Fulton, Gwinnett, and Cobb Counties)

4.   Attorneys' Confidential Referral Service, Inc. (888) 536-5900
     (serving all Counties in Georgia)

5.   Atlanta Volunteer Lawyers Foundation (404) 521-0790
     http://www.avlf.org

If you desire to proceed without a lawyer, the attached form complaint has been prepared for your convenience, but you are not required to use it. Please write clearly and fill it out to the best of your ability. **However, completion and filing of this form is no guarantee that your case will succeed.**

You must keep the Clerk of Court informed as to any change in your address or telephone number. You must also follow the Federal Rules of Civil Procedure and the Local Rules of this Court. You may obtain a copy of the Federal Rules of Civil Procedure in most public libraries or at the following website: http://www.uscourts.gov/uscourts/rules/civil-procedure.pdf. You may review this Court's Local Rules in the Clerk's Office, purchase a copy from the Clerk's Office, or access this Court's Local Rules at the following website: http://www.gand.uscourts.gov/pdf/NDGARulesCV.pdf.



100 Peachtree St NW Ste 160
Atlanta, GA, 30303-1906
(404) 221-0000

Terminal: 1527M600MIX01
1/2/2026 12:24
Receipt #: QFEKS8VM3819
Type: Purchase

| Qty | Description | Amount |
|---|---|---|
| 6 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.38 |
| 1 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.23 |

| | | |
|---|---|---|
| SubTotal | | 1.61 |
| District tax | | 0.02 |
| City tax | | 0.03 |
| County tax | | 0.03 |
| State tax | | 0.06 |
| Total | | $1.75 |

Acct #:************2197
VISA DEBIT
Contactless
Auth No.: 317065
Mode: Issuer
AID: A0000000031010
NO CVM
CVM Result:
TVR: 0000000000
IAD: 06021203A00000
TSI:
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



**Tell us how we did and get $7 off your next purchase of $40 or more print products***

**Take the survey by scanning the QR code below or visit www.fedex.com/welisten**



**Offer expires 6/30/2026**

*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office® store or online through Office.FedEx.com. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases; discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing-only orders; digital, passport or mounted photo; self-service print, fax, scan, or shred; products provided by third party sites not hosted by FedEx Office. Does not apply to packing, shipping, rush, or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services, and hours may vary by location. TM use promo SKU 40269 for Business Printing Services such as FPM. © 2025 FedEx. All rights reserved."

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/02/2025

To: Ms. Britney R. Kendrick
    70 Perimeter Center E APT 1311
    Atlanta, GA 30346
Charge No: 410-2025-05748

EEOC Representative and email:    Serena Curry
    Investigator
    serena.curry@eeoc.gov

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge. You already have the right to sue under the EPA (filing an EEOC charge is not required). EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2025-05748.

On behalf of the Commission,

I. Daniel-
Edward Anance

Digitally signed by I. Daniel-
Edward Anance
Date: 2025.12.03 14:17:18
-05'00'

Darrell E. Graham
District Director